ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Northrop Grumman Corporation | )   ASBCA No. 63038 |
| | ) |
| Under Contract No. N68936-05-C-0059 et al. | ) |

APPEARANCES FOR THE APPELLANT:     Stephen J. McBrady, Esq.
Charles Baek, Esq.
  Crowell & Moring LLP
  Washington, DC

Peter B. Hutt, II, Esq.
Evan R. Sherwood, Esq.
  Covington & Burling LLP
  Washington, DC

APPEARANCE FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

OPINION BY ADMINISTRATIVE JUDGE PAGE

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $18,761,666.28. Appellant has agreed to waive Contract Disputes Act interest.

Dated: July 28, 2022

_____
REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                            I concur

_____      _____
RICHARD SHACKLEFORD           OWEN C. WILSON
Administrative Judge               Administrative Judge
Acting Chairman                   Vice Chairman
Armed Services Board             Armed Services Board
of Contract Appeals               of Contract Appeals

       I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63038, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

       Dated:  July 28, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals